NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000002
17-MAR-2014
08:40 AM

NO. CAAP-14-0000002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GORDON HAPPER DAMON, Plaintiff-Appellant, v.
SUE DAMON, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-6520)

ORDER GRANTING THE FEBRUARY 25, 2014
"STIPULATION TO DISMISS APPEAL"
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)


Upon consideration of the "Stipulation to Dismiss Appeal" (Stipulation) filed on February 25, 2014 by Plaintiff-Appellant Gordon Harper Damon,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 17, 2014.

Presiding Judge

Associate Judge

Associate Judge